Patterson v County of Erie (2023 NY Slip Op 02428)

Patterson v County of Erie

2023 NY Slip Op 02428

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

269 CA 20-01427

[*1]STEVEN PATTERSON AND ADRIENNE PATTERSON, AS GUARDIANS OF THE PERSON OF TERRANCE PATTERSON, PLAINTIFFS-APPELLANTS,
v
COUNTY OF ERIE, ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES CHILD PROTECTION SERVICES, CHILD AND FAMILY SERVICES OF BUFFALO AND ERIE COUNTY, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

PAUL WILLIAM BELTZ, LLC, BUFFALO (ELIZABETH K. BACHER OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
WALSH ROBERTS & GRACE, BUFFALO (KEITH BOND OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered September 9, 2020. The order granted in part the motion of defendants-respondents for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 27, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court